UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MARCKUS WILLIAMS, on behalf of himself and those similarly situated, and FAIR HOUSING CENTER OF CENTRAL INDIANA,<br><br>            Plaintiffs,<br>      v.<br><br>TAH OPERATIONS LLC,<br><br>            Defendant. | Case No. 8:24-cv-02534−DOC−DFM<br><br>**ORDER GRANTING JOINT STIPULATION RE AMENDED DISMISSAL [56]**<br><br>FAC Filed:     January 19, 2025<br><br>Judge:         Hon. David O. Carter |

1

The Court, having received the Parties' joint stipulation re amended dismissal, hereby amends the May 30, 2025 dismissal and orders Plaintiff Marckus Williams' and Plaintiff Fair Housing Center of Central Indiana's individual claims in this action are DISMISSED WITH PREJUDICE. Plaintiffs' claims on behalf of any putative class were previously dismissed without prejudice and this Order pertains to Plaintiffs' individual claims on behalf of Plaintiff Williams and Plaintiff FHCCI, only.

IT IS SO ORDERED.

Dated: June 20, 2025

*David O. Carter*

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE